IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | Cr. No. C-03-249 (1) |
| V. | § | C.A. No. C-04-675 |
| | § | |
| OCTAVIO MARTINEZ-ORTEGA, | § | |
|     Defendant/Movant. | § | |

## **FINAL JUDGMENT**

The Court enters final judgment denying defendant Octavio Martinez-Ortega's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 24th day of October 2005.

_____
HAYDEN HEAD
CHIEF JUDGE